UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In Re: Search Warrant Application                    MISC. NO. 19mj1114(RMS)

**January 3, 2020**

**FILED UNDER SEAL**

## MOTION TO CONTINUE SEALING

In accordance with Rule 57 of the Local Rules of Criminal Procedure, the United States of America moves the Court for an order to continue sealing the Application for Search Warrant, Search Warrant, all attachments thereto, the supporting affidavit and all related documents (all dated July 15, 2019).  The Government makes this application because the investigation of the criminal activities described in the sealed documents is ongoing.  The documents further contain detailed information about statements of potential defendants and the scope of the group's drug trafficking activity.  Having reviewed the results of the search warrant, additional targets were identified in the correspondence discussing narcotics so additional time is necessary to identify these co-conspirators and to identify the types and quantities of narcotics exchanged with those targets.

Premature disclosure of the contents of the sealed documents could result in the destruction of evidence and could frustrate this investigation by alerting the targets of the investigation to the nature of the probe, the techniques employed, and the evidence developed to date, by limiting the use of the grand jury to develop further admissible evidence, and by limiting the ability to conduct other search warrants.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*/s/ Jocelyn Courtney Kaoutzanis*
JOCELYN COURTNEY KAOUTZANIS
ASSISTANT U.S. ATTORNEY
Fed Bar No. 30426
157 Church Street, 25th Floor
New Haven, CT 06510
(203) 821-3700
Jocelyn.kaoutzanis@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In Re: Search Warrant Application                         MISC. NO. 19mj1114(RMS)

**FILED UNDER SEAL**

<u>**ORDER TO CONTINUE SEALING**</u>

Based on the motion of the Government and for good cause shown, it is hereby ORDERED
that, in accordance with Rule 57 of the Local Rules of Criminal Procedure, sealing of the
Application for Search Warrant, Search Warrant, all attachments thereto, the supporting affidavit
and all related documents (all dated July 15, 2019), is continued.  The Court finds that continued
sealing is supported by clear and compelling reasons and is narrowly tailored to serve those
reasons.  Specifically, the motion is granted because the investigation of the criminal activities
described in the sealed documents is ongoing.  Premature disclosure of the contents of the sealed
documents could result in the destruction of evidence and could frustrate this investigation by
alerting the targets of the investigation to the nature of the probe, the techniques employed, and
the evidence developed to date, by limiting the use of the grand jury to develop further admissible
evidence and by limiting the ability to conduct other search warrants.  Any motion to continue
sealing must be filed by_____.  SO ORDERED.

_____                    _____
ROBERT M. SPECTOR                                          DATE
UNITED STATES MAGISTRATE JUDGE